**Reiner RIEZLER and Severi Med GMBH, Plaintiffs–Appellees,**

v.

**Robert H. ALLEN and Sally P. Stabler, Defendants–Appellants,**

and

**Metabolite Laboratories, Inc., Defendant.**

No. 2009–1528.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2010.

Edward J. Pardon, Merchant & Gould P.C., Madison, WI, for Plaintiffs–Appellees.

 

Monique M. Drake, Gibson, Dunn & Crutcher LLP, Denver, CO, for Defendants–Appellants.

Before: BRYSON, SCHALL, and DYK, Circuit Judges.

ON MOTION

*ORDER*

Appellants move without opposition to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, and the appeal is dismissed.

(2) Each side shall bear its own costs.